| | | |
|---|---|---|
| From the Desk of: | DAVID N CAPO, SHF COMMERCE LLC – 2 Pages | |
| Date: | 10-22-20 | **FILED**<br>**CLERK** |
| Contact: | 516-768-0466 | 10/22/2020 4:31 pm |
| Re: | Docket No. 2:20-cv-04301 | **U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

---

The Honorable Denis R. Hurley

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York  11722

  Re: Fire Island News, Inc. v. SHF Commerce, LLC, David Capo and John Doe,

   <u>Docket No. 2:20-cv-04301</u>

Dear Judge Hurley:

This letter is submitted on behalf of defendants David Capo and SHF Commerce, LLC. We are discussing a potential settlement of this case with plaintiff. In the meantime, plaintiff has agreed to adjourn David Capo's and SHF Commerce, LLC's time to answer, move or otherwise respond to the Complaint to and including December 4, 2020. This is the first extension. We therefore request that defendants' time to answer, move or otherwise respond to the Complaint be extended to December 4, 2020. See attached from Plaintiff Attorney, Harold Furlow, confirming agreement of such.

Respectfully submitted,

*/s/ David N Capo*

David Capo, individually and as Member of SHF Commerce, LLC

Cc: FIRE ISLAND NEWS INC., HAROLD G. FURLOW ESQ and all relevant parties.

-----Original Message-----
From: David Capo <davidcapo@aol.com>
To: harold_furlow@hotmail.com <harold_furlow@hotmail.com>
Sent: Wed, Oct 21, 2020 4:04 pm
Subject: Re: Request for an Extension of Time to Answer 2:20-cv-4301 Fire Island News v. SHF Commerce, LLC and David Capo

Thank you for the communication, will forward to legal. Best, D

The communication transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by person(s) or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy all copies of this communication.

-----Original Message-----
From: Harold Furlow <harold_furlow@hotmail.com>
To: davidcapo@aol.com <davidcapo@aol.com>
Cc: Tom Delamater <trdelamater@gmail.com>
Sent: Wed, Oct 21, 2020 3:51 pm
Subject: Request for an Extension of Time to Answer 2:20-cv-4301 Fire Island News v. SHF Commerce, LLC and David Capo

This transmission contains attorney-client privileged, confidential, or proprietary information which is intended solely for use by the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission or its attachments is strictly prohibited. In addition, unauthorized access to this transmission may violate federal or State law, including the Electronic Communications Privacy Act of 1985. If you have received this transmission in error, please notify the sender immediately by return e-mail and delete the transmission and its attachments.

David,

　　　　Fire Island News agrees to an extension of time for Defendants SHF Commerce, LLC and David Capo to answer the above-identified complaint till Friday December 4, 2020 for the purpose of pursuing settlement to resolve this dispute.
Harold G. Furlow
Attorney at Law
260 West Main Street, Suite 10
Bay Shore, New York  11706
Office:   (631) 581-6700
Fax:      (631) 581-6710
Harold_Furlow@hotmail.com