UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

FIRE ISLAND NEWS, INC.

                              Plaintiff,      Case No. 2:20-cv-04301 DRH-ST

      – against –                        **STIPULATION OF VOLUNTARY**
                                                                       **DISMISSAL**

SHF COMMERCE, LLC,
DAVID CAPO and John Doe

                              Defendants.

------------------------------------------------------------ X

It is hereby stipulated and agreed by and between the undersigned that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed or a conservatee, and no person not a party has an interest in the subject matter of this action, all claims in the above entitled action are hereby dismissed and discontinued with prejudice and without attorneys' fees, expenses and costs to any party.

Dated:  Bay Shore, New York
            February 8, 2021

By: _____
Laura Mercogliano
President, Fire Island News Inc.

Dated:  New York, New York
            February 8, 2021

By: _____
David Capo
President, SHF Commerce, LLC

Dated:  New York, New York
            February 8, 2021

By: _____
David Capo